UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MALATHY SUNDARAM,
        Plaintiff and
        Defendant-in-
        Counterclaim,

    v.

COVERYS, PROSELECT INSURANCE
COMPANY, and INTEGRATED
INSURANCE SOLUTIONS,
        Defendants.

PROSELECT INSURANCE COMPANY,
        Plaintiff-in-Counterclaim
        and Third-Party Plaintiff,

    v.

CHRISTINE McCULLOUGH
        Third-Party Defendant.

Docket No. 2:15-cv-00121-GZS

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a), the parties agree and stipulate that all claims in this

matter are dismissed with prejudice and without costs.

          **MALATHY SUNDARAM**
          By her attorney,

          */s/ James M. Bowie*

Dated: May, 2016        _____

          James M. Bowie, Bar # 185
          Thompson & Bowie, LLP
          P.O. Box 4630
          Portland, ME 04112
          (207) 774-2500
          jbowie@thompsonbowie.com

1

**INTEGRATED INSURANCE SOLUTIONS, LLC**
By its attorney,

Dated: May, 2016

*/s/ Wendell G. Large*
_____
Wendell G. Large, Bar #120
Richardson, Whitman, Large & Badger
465 Congress Street
P. O. Box 9545
Portland, ME 04112-9545
(207) 774-7474
wlarge@rwlb.com

**COVERYS AND
PROSELECT INSURANCE COMPANY**
By their attorneys,

Dated: May, 2016

*/s/ Maureen M. Sturtevant*
_____
Philip M. Coffin III, Bar #2642
Maureen McCrann Sturtevant, Bar # 4583
Lambert Coffin
477 Congress Street
Portland, ME 04112-5215
(207) 874-4000
pcoffin@lambertcoffin.com
msturtevant@lambertcoffin.com

## CERTIFICATE OF SERVICE

I, Maureen Sturtevant, hereby certify that on the above date, I electronically filed the

foregoing document in this matter using the CM/ECF system which will send notifications of

such filing electronically to the registered participants.

Dated at Portland, Maine, this May, 2016.

*/s/ Maureen M. Sturtevant*
Maureen M. Sturtevant, Bar No. 4583

2